AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
DEC 30 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sean Andrew Duncan | ) | Case No. 1:17-MJ-621 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 29, 2017__ in the county of __Loudon__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1519 | Knowingly altering, destroying, mutilating, and concealing tangible objects, that is, a thumb drive and memory chip, with the intent to impede and obstruct the investigation of a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), a department or agency of the United States. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Colleen E. Garcia

_Complainant's signature_

FBI Special Agent Katherine Campo
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __12/30/2017__

_Judge's signature_

City and state: __Alexandria, VA__   The Hon. Ivan D. Davis, U.S. Magistrate Judge
_Printed name and title_