# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

City: Sterling
County: Loudon

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.: 17-MJ-621 IDD
Search Warrant Case No.:

**Judge Assigned:**
**Criminal No.:**
**New Defendant:** X
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Sean Andrew Duncan
**Alias(es):**
☐ Juvenile   **FBI No.:**

**Address:** xxxxx Courtyard Square, Sterling, VA 20164
**Employment:**

**Birth Date:** xx/xx/1996  **SSN:** xxx-xx-7786  **Sex:** Male  **Race:** White  **Nationality:**

**Place of Birth:** Baltimore, MD  **Height:** 6'1"  **Weight:** 210  **Hair:** Brown  **Eyes:** Green  **Scars/Tattoos:**

☐ Interpreter  **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:** 12/29/2017  ☒ Already in Federal Custody as of: Dec 29, 2017  in: Alexandria Detention Center
☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☒ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**
**Address:**   ☐ Retained
**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Gordon Kromberg & Colleen E. Garcia   **Phone:** 703-299-3700   **Bar No.:** TX Bar# 24088876

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI Special Agent Katherine Campo

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC § 1519 | Destroy Object to Impede Investigation | 1 | Felony |
| Set 2: | | | | |

**Date:** 12/30/2017   **AUSA Signature:** [signature]   *may be continued on reverse*